United States District Court
Southern District of Texas

**ENTERED**

May 12, 2026

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CAROLYN ELIZABETH CUEVAS, *et al.*, Plaintiffs, | § § § § | |
| v. | § | Civil Action No. 1:26-cv-496 |
| TEX. DEP'T OF HEALTH SERV., *et al.*, Defendants. | § § § § § | |

## ORDER ON CASE MANAGEMENT

1. The Court ***does not*** routinely schedule an initial pretrial conference. Counsel may, however, request a pretrial conference by motion to the Court expressing the reason such conference is necessary. Additionally, if it deems a pretrial conference necessary, the Court will notify the parties.

2. Pursuant to Federal Rule of Civil Procedure 26(f), counsel shall conduct a discovery conference, and submit in one filing with the United States District Clerk **a joint discovery/case management plan** that includes a **proposed scheduling order** no later than:

## AUGUST 3, 2026

3. The plaintiff must serve the defendant within 90 days of filing the complaint. The plaintiff's failure to file proof of service within that time may result in dismissal by the court on its own initiative. *See* FED. R. CIV. P. 4(m).

4. The Plaintiff(s) filing this suit, or the party removing this suit from state court, **shall** serve the opposing party or parties with copies of this ORDER ON CASE MANAGEMENT.

5. Within 15 days of receiving this order, counsel must file a list of all entities that are financially interested in this litigation, including parent, subsidiary, and affiliated corporations as well as all known attorneys of record. When a group description is effective disclosure, an individual listing is not necessary. Underline the names of corporations with publicly traded securities. Counsel must promptly amend the list when parties are added, or additional interested parties are identified.

6. Upon receipt of the joint discovery/case management plan, the Court will enter a scheduling order pursuant to FED. R. CIV. P. 16(b).

7. The attorney designated as "in-charge" must appear at all settings before the Court. Alternatively, a substitute attorney who is familiar with the case and has authority to make decisions binding the client may appear. *See* 28 U.S.C. § 473(b)(2).

8. All counsel or *pro se* parties are required to keep the Clerk and all other parties advised of changes of address. *See* Local Rule 83.4.

9. The parties will be bound by the provisions contained in this order, the papers mentioned in No. 5 above, as well as the dates set out in the scheduling order to be entered in this case.

10. Failure to comply with this order may result in sanctions, including dismissal of the action and assessment of expenses.

Karen Betancourt
United States Magistrate Judge